# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-12317-AMC

KENDA KEISH TATE

1716 SCATTERGOOD STREET

PHILADELPHIA, PA 19124-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KENDA KEISH TATE

  1716 SCATTERGOOD STREET

  PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

  TUDOR M NEAGU, ESQ.
  9968 DUNGAN RD

  PHILADELPHIA, PA 19115-

Date: 7/19/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee